## Carter, A. Motion to Request Hearing

Tanay Hartsfield <Tanay_Hartsfield@arep.uscourts.gov>
Tue 12/19/2023 7:57 AM
To: Alexander Law Firm <receptionist@alexanderlaw.comcastbiz.net>

Good morning,

I am emailing to request an update on the motion to request a hearing regarding the removal of Mrs. Ashleigh Carter's chem-free condition.

Thank you



**Tanay Hartsfield**
United States Probation Officer

Office: 501-604-5277
Cell: 501-213-8875
Fax: 501-324-5641

600 W. Capitol Ave.
Little Rock, AR 72201



EXHIBIT "A"
Blumberg No. 5118